Patterson, P.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:
DATE FILED: 6/16/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michael Nesbitt,                              )
                                              )
                Plaintiff,                    )
                                              )      Civil Action No. 14-cv-1208 (RPP)
v.                                            )
                                              )
Sirius XM Radio Inc.,                         )
                                              )
                Defendant.                    )
                                              )

## AGREED STIPULATION TO COMPLY WITH THE DISPUTE RESOLUTION PROCEDURES IN SIRIUS XM'S CUSTOMER AGREEMENT

Plaintiff, Michael Nesbitt, and Defendant, Sirius XM Radio Inc., by and through their undersigned counsel, hereby stipulate and agree that this case should be dismissed without prejudice and to resolve their dispute pursuant to the dispute resolution procedures in Sirius XM's Customer Agreement, which requires informal dispute resolution of any dispute Plaintiff has with Sirius XM, followed by arbitration before the American Arbitration Association.

Dated: June 13, 2014

Sergei Lemberg, Esq.
LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
slemberg@lemberglaw.com

*Attorney for Plaintiff*

Respectfully submitted,

Lee A. Armstrong
JONES DAY
222 East 41st Street
New York, New York  10017-6702
Tel: (212) 326-3939
Fax: (212) 755-7306
Email: laarmstrong@JonesDay.com

*Attorneys for Defendant Sirius XM*

So Ordered.

Robert P. Patterson, JR.
U S D J.

DATE: 6/16/14